# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00436-CV

**North Forest Independent School District; Dr. Linda Robinson, Individually and as a Member of the North Forest Independent School District Board of Trustees and Dr. Silvia Brooks Williams, Individually and as a Member of the North Forest Independent School District Board of Trustees, Appellants**

**v.**

**Michael L. Williams, State Commissioner of Education; and Lizette Gonzales Reynolds, Chief Deputy Administrator and Deligee of Defendants Michael L. Williams, State Commissioner of Education, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT NO. D-1-GN-13-001789, HONORABLE DARLENE BYRNE, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

We deny appellants' "Emergency Motion for Temporary Relief Related to Petition for Writ of Injunction" and dismiss as moot their motion to expedite consideration of that emergency motion.

It is ordered on June 24, 2013.

Before Justices Puryear, Pemberton, and Rose